NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HAROLD G. SHAW,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7153

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-3753, Judge Mary J. Schoelen.

---

**ON MOTION**

---

PER CURIAM.

## ORDER

Harold G. Shaw moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUL   8 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Harold G. Shaw
P. Davis Oliver, Esq.

.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 8 2011

JAN HORBALY
CLERK